**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000497
08-MAY-2025
08:10 AM
Dkt. 76 ODSD**

NO. CAAP-24-0000497

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS P. FLORES, Claimant-Appellant-Appellant/Appellant, v. SAFEWAY, INC., Employer-Appellee-Appellee/Appellee, Self-Insured, and SEDGWICK, Insurance Adjuster-Appellee-Appellee/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2022-137(T); DCD NO. 2-21-06728)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On July 25, 2024, Claimant-Appellant-Appellant/Appellant Thomas P. Flores (**Flores**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before September 16, 2024, and October 15, 2024, respectively;

(3) Flores failed to file either document, or request an extension of time;

(4) On October 18, 2024, the appellate clerk entered a default notice informing Flores that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 28, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Flores could request relief from default by motion; and

(5) Flores has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 8, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2